IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 13-cr-00076-RBJ | Date: February 13, 2014 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Mary George |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff(s)** | *James Allison* |
| v. | |
| ANDRE TWITTY<br>**Defendant(s)** | *Pro Se* |

## COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

Court in Session: 10:00 a.m.

Appearance of counsel. Advisory counsel for the defendant, J. Michael Dowling, is present.

Defendant is present in custody.

Opening remarks by the Court.

**ORDERED:** **[135] Motion for Transcript is GRANTED pending submittal of CJA-24 form.**

**[136] Motion for Ex Parte Hearing is GRANTED.**

**[137] Motion for Recusal of Government Attorney James Allison is DENIED.**

**[138] Motion for Reconsideration is DENIED.**

Discussion held regarding witnesses Sally Yates, Shannon Brinias and Mike McCallister.

10:13 a.m.    Government excused from the hearing.

Discussion held *ex parte* on issuance of subpoenas.

10:37 a.m.        Mr. Allison returns to the hearing.

Discussion held on subpoenas to issue.

**ORDERED:   The Court will issue subpoenas to Bureau of Prisons employees Richard Madison and Steve Smith.**

Jury instructions reviewed.

**ORDERED:   Request for continuance by the defendant is DENIED.**

**Jury trial confirmed for February 18, 2014, at 9:00 a.m.**

**Defendant is remanded to the custody of the U.S. Marshal.**

Court in Recess:  11:16 a.m.          Hearing concluded.          Total time in Court:   01:16