IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Criminal Case No. 13-cr-00076-RBJ-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDRE J. TWITTY,

    Defendant.

## ORDER

In light of the defendant's pro se status and the Court's rulings today concerning defense subpoenas, the Court directs that the U.S. Marshals Service serve the defense subpoenas directed to Mr. Richard Madison and Mr. Steve Smith.

DATED this 13th day of February, 2014.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge

1