IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE R. BROOKE JACKSON

Case No. 13-cr-00076-RBJ

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ANDRE J. TWITTY

     Defendant.

---

## ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS ORDERED that, at the conclusion of the trial, counsel for the plaintiff shall retain custody of their exhibits and until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days. The defendant's exhibits will be conventionally filed with the clerk's office and will be available to return to the defendant after the need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 21st day of February, 2014.

BY THE COURT:

R. Brooke Jackson, U.S. District Judge

APPROVED AS TO FORM:

ATTORNEY FOR PLAINTIFF       DEFENDANT