**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01651-RBJ
(Criminal Action No. 13-cr-00076-RBJ)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDRE TWITTY,

    Defendant/Movant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Denying Motion to Vacate Pursuant to 28 U.S.C. § 2255, [Docket No. 202] of Judge R. Brooke Jackson, entered on June 19, 2014, it is

    ORDERED that the document No. 200, which the Court has treated as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 filed June 12, 2014, is denied without prejudice for lack of jurisdiction.  It is

    FURTHER ORDERED that no certificate of appealability will issue.  It is

    FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.  It is

    FURTHER ORDERED that the civil action 14-cv-01651-RBJ is dismissed without prejudice for lack of jurisdiction.

Dated at Denver, Colorado this 19th day of June, 2014.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                By:  s/   J. Dynes

                              J. Dynes
                              Deputy Clerk