IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No:   13-cr-00076-RBJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      ANDRE J. TWITTY,

      Defendant.

---

### ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS

---

Upon consideration of the Government's Motion to Disclose Copies of Transcript of Grand Jury Testimony and Exhibits to the Defendant and His Advisory Counsel pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure, it is,

ORDERED that copies of the transcript of testimony given before the Grand Jury and exhibits used before the Grand Jury be disclosed to the defendant and his advisory counsel in the above captioned case for preparation for trial.

DATED this __21st__ day of March, 2016, at Denver, Colorado.

BY THE COURT:

*/s/ Brooke Jackson*

THE HONORABLE R. BROOKE JACKSON
DISTRICT COURT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO